W. BURTON SMITH, APPELLANT, V. JANET SHARON SMITH,
APPELLEE.
441 N.W.2d 197

Filed June 16, 1989.   No. 87-569.

Robert F. Peterson and Kelly S. Breen, of Laughlin, Peterson & Lang, for appellant.

William T. Ginsburg, of Zuber & Ginsburg, for appellee.

BOSLAUGH, SHANAHAN, and GRANT, JJ., and KNAPP and ROWLANDS, D. JJ.

PER CURIAM.

Petitioner-appellant assigns as error the trial court's refusal to modify the alimony payments previously awarded respondent-appellee.

As required, we have reviewed the trial court's action de novo on the record. From that review we determine that the trial court did not abuse its discretion in denying appellant's application. The judgment of the trial court is affirmed.

Appellee is allowed the sum of $500 for her attorney's services in this court.

AFFIRMED.